IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MISERO

v.                                                                C.A. NO. 12-7081

JACOB MATTHEW CHRISTINE, et al.

FILED
JUN 2 5 2014
MICHAEL E. KUNZ, Clerk
Dep. Clerk
By

ORDER

AND NOW, this 25 day of June, 2014, upon consideration of defendants

Northampton County and Todd Buskirk's motion for summary judgment and all responses and

replies thereto, it is hereby ORDERED that the motion [Doc. 31] is GRANTED.

It is further ORDERED that judgment is ENTERED in favor of the defendants

Northampton County and Todd Buskirk and against the plaintiff on Count I of the Amended

Complaint..

It is further ORDERED that the remaining state law claims against defendants

Jacob Christine and Luis Vanga as well as plaintiff's state law claim against defendant

Northampton County for violation of the NCJ handbook (Counts II, III and IV) are REMANDED

to the Court of Common Pleas of Northampton County.

The Clerk is DIRECTED to close this case for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.